Amanda Bruss, Esq. (CA Bar # 246249)
amanda@trestlelaw.com
Kristen G. Roberts, Esq. (CA Bar # 275552)
kristen@trestlelaw.com
Trestle Law, APC
3131 Camino Del Rio North #380
San Diego, CA 92108
(619) 289-8939
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LITTLE FRENCH BAKERY LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE LITTLE CAKE LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; MONICA L. GONCALVES, AN INDIVIDUAL; AND DOES 1-10,<br><br>Defendants. | Case No.: 2:26-cv-00839-RGK-KS<br><br>**DECLARATION OF AMANDA BRUSS IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(6) AND 12(B)(7)** |

I, Amanda L. Bruss, declare as follows:

    1.    I am an attorney licensed to practice before this Court and counsel of record for Defendants The Little Cake LLC and Monica Goncalves in this action. I make this declaration in support of Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein, and if called as a witness I could and would competently testify to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of the United States Patent and Trademark Office registration certificate for U.S. Trademark Registration No. 4,619,630 for the mark THE LITTLE FRENCH BAKERY, issued October 14, 2014 and owned by The Little French Bakery, LLC. This document was obtained from the publicly available records of the United States Patent and Trademark Office.

3. Attached hereto as **Exhibit B** is a true and correct copy of the United States Patent and Trademark Office Notice of Acceptance and Acknowledgment of Sections 8 and 15 for U.S. Trademark Registration No. 4,619,630, confirming that the Section 8 declaration of use has been accepted and the Section 15 declaration of incontestability has been acknowledged. This document was obtained from the publicly available records of the United States Patent and Trademark Office.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Trademark Consent and Coexistence Agreement entered into between The Little French Bakery, LLC (the owner of U.S. Trademark Registration No. 4,619,630) and Defendant The Little Cake LLC, executed in February 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
Executed on March 9, 2026, at Denver, Colorado.

> /s/ *Amanda L. Bruss*
> Amanda L. Bruss, Esq.

**PROOF OF SERVICE**

I hereby certify that on March 9, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Amanda L. Bruss*
Amanda L. Bruss

# Exhibit A

To Declaration of Amanda Bruss



**United States of America**
**United States Patent and Trademark Office**

# THE LITTLE FRENCH BAKERY

| | |
|---|---|
| **Reg. No. 4,619,630** | THE LITTLE FRENCH BAKERY, LLC (WISCONSIN LIMITED LIABILITY COMPANY) |
| **Registered Oct. 14, 2014** | S5811 SUGAR ROAD<br>NORTH FREEDOM, WI 53951 |
| **Int. Cls.: 41 and 43** | FOR: CONDUCTING BAKING CLASSES; ARRANGING AND CONDUCTING SPECIAL EVENTS FOR SOCIAL AND EDUCATIONAL PURPOSES; PROVIDING AN ONLINE BLOG IN THE FIELD OF FOOD, COOKING AND BAKING, IN CLASS 41 (U.S. CLS. 100, 101 AND 107). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 7-0-1999; IN COMMERCE 7-0-1999. |

FOR: CUSTOM PREPARATION OF PASTRIES AND BAKED GOODS, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 5-0-1999; IN COMMERCE 5-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FRENCH BAKERY", APART FROM THE MARK AS SHOWN.

SER. NO. 86-038,366, FILED 8-14-2013.

ARETHA SOMERVILLE, EXAMINING ATTORNEY



Deputy Director of the United States
Patent and Trademark Office

### REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.
>
> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

# Exhibit B

To Declaration of Amanda Bruss

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, September 9, 2020 11:05 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance/Acknowledgement Sections 8 and 15: U.S. Trademark RN 4619630: THE LITTLE FRENCH BAKERY: Docket/Reference No. 11875001 |

**U.S. Serial Number:** 86038366
**U.S. Registration Number:** 4619630
**U.S. Registration Date:** Oct 14, 2014
**Mark:** THE LITTLE FRENCH BAKERY
**Owner:** THE LITTLE FRENCH BAKERY, LLC

Sep 9, 2020

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058.  **The Section 8 declaration is accepted.**

## NOTICE OF ACKNOWLEDGEMENT UNDER SECTION 15

The declaration of incontestability filed for the above-identified registration meets the requirements of Section 15 of the Trademark Act, 15 U.S.C. §1065.  **The Section 15 declaration is acknowledged.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
041, 043

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**Requirements in the First Ten Years**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between the 9th and 10th years after the registration date.  See 15 U.S.C. §§1058, 1059.

**Requirements in Successive Ten-Year Periods**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date.  See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS.  THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=86038366&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=86038366&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

* **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# Exhibit C

To Declaration of Amanda Bruss

# TRADEMARK CONSENT AND COEXISTENCE AGREEMENT

This Trademark Consent and Coexistence Agreement ("Agreement") is made and entered into as of February 26, 2026 (the "Effective Date"), by and between THE LITTLE FRENCH BAKERY, LLC, a Wisconsin limited liability company having a principal place of business at 53811 Sugar Road, North Freedom, Wisconsin 53951 ("Registrant"), and THE LITTLE CAKE LLC, a California limited liability company having a principal place of business at 7098 E. Gage Avenue, Commerce, California 90040 ("The Little Cake"). Registrant and The Little Cake may be referred to individually as a "Party" and collectively as the "Parties."

## RECITALS

**WHEREAS,** Registrant is the owner of United States Trademark Registration No. 4,619,630 for the standard character mark THE LITTLE FRENCH BAKERY, registered on October 14, 2014, on the Principal Register of the United States Patent and Trademark Office, in International Class 041 for conducting baking classes; arranging and conducting special events for social and educational purposes; and providing an online blog in the field of food, cooking and baking, with first use in commerce at least as early as July 1999, and in International Class 043 for custom preparation of pastries and baked goods, with first use in commerce at least as early as May 1999, which registration remains valid and subsisting (the "Registrant's Mark");

**WHEREAS,** The Little Cake is the owner of United States Trademark Application Serial No. 99561136, filed December 22, 2025, seeking registration on the Principal Register of the mark , a composite word and design mark, in International Class 35, for retail bakery shop services, based on use in commerce since at least October 14, 2025 (the "Little Cake Mark");

**WHEREAS,** The Little Cake uses and intends to continue using the Little Cake Mark and the name "The Little Cake" in connection with its bakery business;

**WHEREAS,** the Parties acknowledge that their respective marks share the term "Little," but differ in their entireties and commercial impressions;

**WHEREAS,** the Parties wish to provide for the orderly coexistence of their respective marks and to confirm their respective rights;

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements set forth herein, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

## AGREEMENT

1. **Acknowledgment of Ownership.** The Little Cake acknowledges that Registrant is the sole and exclusive owner of United States Trademark Registration No. 4,619,630 and of all right, title, and interest in and to Registrant's Mark. Registrant acknowledges that The Little Cake has

adopted and used the Little Cake Mark and the name "The Little Cake" in good faith in connection with its bakery business.

2. **Mutual Consent to Use and Registration.** Registrant hereby irrevocably and unconditionally consents to The Little Cake's use of the Little Cake Mark and the name "The Little Cake," and further consents to the registration of the Little Cake Mark pursuant to United States Trademark Application Serial No. 99561136 and any resulting registration thereof, including any renewal or amendment thereof. The Little Cake hereby consents to Registrant's continued use, maintenance, and renewal of Registrant's Mark and United States Trademark Registration No. 4,619,630.

3. **Limited Non-Exclusive License and Consent.** To the extent that Registrant may be deemed to possess any trademark rights in the term "Little" by virtue of its ownership of the Registrant's Mark, and without any admission by either Party regarding the validity, scope, or enforceability of any such rights in the term "Little" apart from the Registrant's Mark as a whole, Registrant hereby grants to The Little Cake a perpetual, irrevocable, royalty-free, non-exclusive license and consent to use the term "Little" solely as part of the Little Cake Mark, the name "The Little Cake," and substantially similar variations thereof, in connection with bakery goods and services.

Nothing in this Agreement shall be construed as an acknowledgment by either Party that Registrant possesses exclusive rights in the term "Little" alone in connection with the Parties' respective services. The license and consent granted herein are intended solely to permit the coexistence of the Parties' respective marks and to avoid any dispute between them.

4. **No Assignment of Ownership.** Nothing in this Agreement shall be deemed to assign or transfer any ownership interest in the Registrant's Mark or United States Trademark Registration No. 4,619,630, all of which remain owned by Registrant, and the license granted herein is non-exclusive.

5. **Covenant Not to Challenge.** Registrant agrees that it shall not oppose, petition to cancel, or otherwise challenge The Little Cake's use or registration of the Little Cake Mark. The Little Cake agrees that it shall not oppose, petition to cancel, or otherwise challenge the validity, ownership, or registration of Registrant's Mark or United States Trademark Registration No. 4,619,630.

6. **Agreement Regarding Likelihood of Confusion.** The Parties acknowledge that they are familiar with their respective marks and have considered the appearance, sound, meaning, and overall commercial impression of the Registrant's Mark and the Little Cake Mark in their entireties. The Parties agree that the marks are distinguishable and create different commercial impressions. The Parties further agree that The Little Cake's use of the Little Cake Mark and the name "The Little Cake," and Registrant's use of the Registrant's Mark, are not likely to cause confusion, mistake, or deception as to source, affiliation, sponsorship, or endorsement. The Parties have entered into this Agreement voluntarily and in good faith based on their independent assessment of their respective marks.

7. **Descriptive Use.** Registrant acknowledges that the phrase "French bakery" may be used descriptively by The Little Cake to describe a type or style of bakery, provided that The Little Cake does not use THE LITTLE FRENCH BAKERY as a trademark.

8. **No Admission.** This Agreement is entered into solely for the purpose of resolving potential issues between the Parties. Nothing in this Agreement shall be construed as an admission of liability, wrongdoing, or infringement by either Party.

9. **Binding Effect.** This Agreement shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns.

10. **Authorization to Rely.** Registrant acknowledges that The Little Cake may rely upon this Agreement as evidence of consent and authorization in any legal proceeding, including federal court proceedings and proceedings before the United States Patent and Trademark Office.

11. **Entire Agreement.** This Agreement constitutes the entire agreement between the Parties concerning the subject matter hereof and supersedes all prior negotiations and agreements.

## SIGNATURES

IN WITNESS WHEREOF, the Parties have executed this Agreement as of the Effective Date first written above.

THE LITTLE FRENCH BAKERY, LLC
By: _The Little French Bakery, LLC_
Name: _Illian Holding_
Title: _Owner/member_
Date: _Feb 26, 2026_


THE LITTLE CAKE LLC

By: _[signature]_

Name: Monica Goncalves

Title: Owner

Date: 2/26/2026

Page 3 of 3